1  GEORGE G. WEICKHARDT (SBN 58586)
   PAMELA J. ZANGER (SBN 168350)
2  ROPERS, MAJESKI, KOHN & BENTLEY, PC
   201 Spear Street, Suite 1000
3  San Francisco, California 94105
   Telephone: (415) 543-4800
4  Facsimile: (415) 972-6301

5  Attorneys for Defendant
   CHASE BANK USA, N.A.,
6  sued herein erroneously as CHASE MANHATTAN
   BANK USA, N.A.
7

**FILED**

JUL 2 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8
9  Joseph E. Gerber
   P. O. Box 3222
   Carmichael, California 95609
10 Telephone: (561) 828-8049

11 **Plaintiff** *In Pro Per*

12                UNITED STATES DISTRICT COURT
13                EASTERN DISTRICT OF CALIFORNIA
14

15  JOSEPH E. GERBER,                                CASE NO. 2-06-CV-1233 MCE GGH PS
16              Plaintiff,
17      v.                                           **STIPULATION FOR EXTENSION OF
                                                     TIME TO RESPOND TO COMPLAINT
18  CHASE MANHATTAN BANK USA, N.A., a                AND ORDER THERETO**
    Delaware corporation, MANN BRACKEN,
19  LLC, Georgia limited liability company;
    MIOGA BANNISTER, an individual or the
20  alias of an individual; SHANTELE LEWIS, an
    individual or the alias of an individual;
21  CAPITAL RECOVERY SERVICE, LLC, a
    Virginia limited liability company; VIKING
22  COLLECTION SERVICE SOUTHWEST,
    INC., an Arizona corporation; and, LIZ
23  FRENCH, an individual or the alias of an
    individual,
24
25              Defendants.
26
27  ///
28  ///

SF/195819 1/BM4                    - 1 -    STIPULATION FOR EXTENSION OF TIME TO
                                             RESPOND TO COMPLAINT AND ORDER THERETO;
                                             CASE NO. 2-06-CV-1233 MCE GGH PS

Jul 03 06 Case 2:06-cv-01233-MCE-GGH   Document 6   Filed 07/25/06   Page 2 of 2
Case 2:06-cv-01233-MCE-GGH   Document 4   Filed 07/06/2006   Page 2 of 3   P.2
06/29/2006 16:53 FAX 415 972 6301     ROPERS,MAJESKI,ET.AL.                    ☒003

1  IT IS HEREBY STIPULATED by and between plaintiff JOSEPH E. GERBER and
2  defendant CHASE BANK USA, N.A. ("CHASE"), through their counsel of record that CHASE
3  may have an extension of thirty (30) days, from July 10, 2006 to and including **August 10, 2006**
4  within which to answer, respond or object to the Complaint in this action. No previous
5  extensions have been granted. This extension is necessary to provide the defendants with
6  sufficient time to investigate this case before they file their first response

7  
8  Dated: __July 5, 2006__      ROPERS, MAJESKI, KOHN & BENTLEY
9  
10          By: _____
11               GEORGE G. WEICKHARDT
                 PAMELA J. ZANGER
12               Attorneys for Defendant
                 CHASE BANK USA, N.A., erroneously sued
13               herein as CHASE
14  
15  Dated: __JUNE 30__, 2006    Plaintiff *In Pro Per*
16  
17          _____
             JOSEPH E. GERBER
18  
19  
20                          **ORDER**
21  IT IS HEREBY ORDERED that CHASE may have up to and including August 10,
22  2006 within which to answer, respond or object to the Complaint in this action.
23  
24                              _____
                                GREGORY G. HOLLOWS
25  Dated: __July 21__, 2006    JUDGE OF THE U.S. DISTRICT COURT,
                                EASTERN DISTRICT OF CALIFORNIA
26  
27  
28  

SF/195819.1/EM4         - 2 -         STIPULATION FOR EXTENSION OF TIME TO
                                      RESPOND TO COMPLAINT AND ORDER THERETO;
                                      CASE NO. 2-06-CV-1233 MCE GGH PS

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco