GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
201 Spear Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301

**Attorneys for Defendant
CHASE BANK USA, N.A.,
sued herein erroneously as CHASE MANHATTAN
BANK USA, N.A.**

Joseph E. Gerber
P. O. Box 3222
Carmichael, California 95609
Telephone: (561) 828-8049

**Plaintiff** *In Pro Per*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. GERBER,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN BANK USA, N.A., a Delaware corporation, MANN BRACKEN, LLC, Georgia limited liability company; MIOGA BANNISTER, an individual or the alias of an individual; SHANTELE LEWIS, an individual or the alias of an individual; CAPITAL RECOVERY SERVICE, LLC, a Virginia limited liability company; VIKING COLLECTION SERVICE SOUTHWEST, INC., an Arizona corporation; and, LIZ FRENCH, an individual or the alias of an individual,<br><br>    Defendants. | CASE NO. 2-06-CV-1233 MCE GGH PS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER THERETO** |

///

///

IT IS HEREBY STIPULATED by and between plaintiff JOSEPH E. GERBER and defendant CHASE BANK USA, N.A. ("CHASE"), through their counsel of record that CHASE may have an extension of thirty (30) days, from August 10, 2006 to and including September 10, 2006 within which to answer, respond or object to the Complaint in this action. One previous extension has been granted. This extension is necessary because plaintiff has informed CHASE that he intends to file an amended complaint.

Dated: _____, 2006    ROPERS, MAJESKI, KOHN & BENTLEY

By: ___/s/_____
GEORGE G. WEICKHARDT
PAMELA J. ZANGER
Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued herein as CHASE

Dated: _____, 2006    Plaintiff *In Pro Per*

___/s/_____
JOSEPH E. GERBER

## **ORDER**

IT IS HEREBY ORDERED that CHASE may have **up to and including September 10, 2006** within which to answer, respond or object to the Complaint in this action.

DATED: August 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SF/196774.1/PJZ    - 2 -    STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER THERETO; CASE NO. 2-06-CV-1233 MCE GGH PS

**CASE NAME:** Gerber v. Chase
**ACTION NO.:** 2-06-CV-1233 MCE GGH PS

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as: **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER THERETO**

- ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.
- ☑ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.
- ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).
- ☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**Plaintiff In Pro Per**

Joseph E. Gerber
P.O. Box 3222
Carmichael, CA 95609
Tel: (916) 944-2250
Fax: (561)828-8049

☑ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 9, 2006, at San Francisco, California.

Eleanor L. Mangonon