GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
201 Spear Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301

**Attorneys for Defendant
CHASE BANK USA, N.A.,
sued herein erroneously as CHASE MANHATTAN
BANK USA, N.A.**

Joseph E. Gerber
P. O. Box 3222
Carmichael, California 95609
Telephone: (561) 828-8049

**Plaintiff** *In Pro Per*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. GERBER, <br><br> Plaintiff, <br><br> v. <br><br> CHASE MANHATTAN BANK USA, N.A., a Delaware corporation, MANN BRACKEN, LLC, Georgia limited liability company; MIOGA BANNISTER, an individual or the alias of an individual; SHANTELE LEWIS, an individual or the alias of an individual; CAPITAL RECOVERY SERVICE, LLC, a Virginia limited liability company; VIKING COLLECTION SERVICE SOUTHWEST, INC., an Arizona corporation; and, LIZ FRENCH, an individual or the alias of an individual, <br><br> Defendants. | CASE NO. 2-06-CV-1233 MCE GGH PS <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER THERETO** |

///

///

- 1 -

Plaintiff JOSEPH E. GERBER and defendant CHASE BANK USA, N.A. ("CHASE"), erroneously sued herein as Chase Manhattan Bank USA, N.A., hereby stipulate that CHASE may have an additional extension of thirty (30) days, from September 11, 2006 **to and including October 11, 2006** within which to respond to the Complaint in the present action.  One previous extension of thirty days has been granted.  Good cause exists for this extension in that the parties have come to an oral agreement for the settlement of this case and need additional time to properly document the settlement.

Dated: _____, 2006     ROPERS, MAJESKI, KOHN & BENTLEY

By: _____/s/_____
GEORGE G. WEICKHARDT
PAMELA J. ZANGER
Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued herein as CHASE

Dated: _____, 2006     Plaintiff *In Pro Per*

_____/s/_____
JOSEPH E. GERBER

## **ORDER**

IT IS HEREBY ORDERED that CHASE may have **up to and including October 11, 2006** within which to answer the Complaint in this action.
DATED: September 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE