IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH E. GERBER,

     Plaintiff,               CIV-S-06-1233 MCE GGH PS

  vs.

CHASE MANHATTAN BANK USA, N.A., et al.,

     Defendants.       <u>ORDER</u>
_____/

     The parties have filed a notice of settlement.  Final dispositional documents shall be filed no later than November 17, 2006.  All other previously scheduled dates in this case are vacated.

DATED: 10/23/06

                        /s/ Gregory G. Hollows

                       _____
                       GREGORY G. HOLLOWS
                       UNITED STATES MAGISTRATE JUDGE

GGH:076
Gerber1233.set.wpd

1