GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
**ROPERS, MAJESKI, KOHN & BENTLEY, PC**
201 Spear Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301

**Attorneys for Defendant
CHASE BANK USA, N.A.,
sued herein erroneously as CHASE MANHATTAN
BANK USA, N.A.**

JOSEPH E. GERBER
P. O. Box 3222
Carmichael, California 95609
Telephone: (561) 828-8049
Facsimile: (561) 828-8049

**Plaintiff *In Pro Per***

(List of Counsel Continued on the Next Page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. GERBER,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN BANK USA, N.A., a Delaware corporation, MANN BRACKEN, LLC, Georgia limited liability company; MIOGA BANNISTER, an individual or the alias of an individual; SHANTELE LEWIS, an individual or the alias of an individual; CAPITAL RECOVERY SERVICE, LLC, a Virginia limited liability company; VIKING COLLECTION SERVICE SOUTHWEST, INC., an Arizona corporation; and, LIZ FRENCH, an individual or the alias of an individual,<br><br>    Defendants. | CASE NO. 2-06-CV-1233 MCE GGH PS<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE; ORDER** |

```
Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco
```

1  AMY L. GORDON (SBN 143560)
   MITCHELL L. WONG (SBN 170856)
2  GORDON & WONG LAW GROUP, P.C.
   999 Bayhill Drive, Suite 160
3  San Bruno, California 94066
   Telephone: (650) 583-9399
4  Facsimile: (650) 583-9010

5  Attorneys for Defendant MANN BRACKEN, LLC.

6

7  MARK E. ELLIS (SBN 127159)
   ANDREW W. STEINHEIMER (SBN 200524)
8  COLEMAN, POIRIER, LA VOIE & STEINHEIMER
   555 University Avenue, Suite 200 East
9  Sacramento, California 95825
   Telephone: (916) 283-8821
10 Facsimile: (916) 283-8820

11 Attorneys for Defendants VIKING COLLECTION SERVICE
   SOUTHWEST, INC. and LIZ FRENCH
12

13

14 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

15      IT IS HEREBY STIPULATED by and between Plaintiff, Joseph E. Gerber, and

16 defendants, CHASE BANK USA, N.A. (sued herein erroneously as CHASE MANHATTAN

17 BANK USA, N.A.), MANN BRACKEN, LLC, VIKING COLLECTION SERVICE

18 SOUTHWEST, INC. and LIZ FRENCH, through their respective counsel of record, that the

19 above-entitled action is dismissed with prejudice.

20      **SO STIPULATED.**

21

22 Dated: OCT. 30, 2006         By: _____
                                    JOSEPH E. GERBER
23                                  Plaintiff *In Pro Per*

24

25 ///

26 ///

27 ///

28 ///

SF/198965.1/RL3                  - 2 -       STIPULATION RE DISMISSAL WITH PREJUDICE;
                                              ORDER (CASE NO. 2-06-CV-1233 MCE GGH PS)

| | | |
|---|---|---|
| 1 | Dated: _____ | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | By: _____ |
| 4 | | GEORGE G. WEICKHARDT<br>PAMELA J. ZANGER |
| 5 | | Attorneys for Defendant<br>CHASE BANK USA, N.A., erroneously |
| 6 | | sued herein as CHASE MANHATTAN<br>BANK USA, N.A. |
| 7 | | |
| 8 | Dated: 10/25/06 | GORDON & WONG LAW GROUP, P.C. |
| 9 | | |
| 10 | | |
| 11 | | By: _____<br>AMY L. GORDON |
| 12 | | MITCHELL L. WONG<br>Attorneys for Defendant |
| 13 | | MANN BRACKEN, LLC. |
| 14 | | |
| 15 | Dated: _____ | COLEMAN, POIRIER, LA VOIE & STEINHEIMER |
| 16 | | |
| 17 | | |
| 18 | | By: _____<br>ANDREW W. STEINHEIMER |
| 19 | | MARK E. ELLIS<br>Attorneys for Defendants |
| 20 | | VIKING COLLECTION SERVICE<br>SOUTHWEST, INC. and LIZ FRENCH |

## ORDER

IT IS HEREBY ORDERED that the above-entitled case is dismissed with prejudice.

Dated: _____

HON. GREGORY G. HOLLOWS
U.S. DISTRICT COURT, EASTERN
DISTRICT OF CALIFORNIA


| | |
|---|---|
| 1  Dated: 10/27/06 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | |
| 3 | By: _____ |
| 4 | GEORGE G. WEICKHARDT<br>PAMELA J. ZANGER<br>Attorneys for Defendant |
| 5 | CHASE BANK USA, N.A., erroneously<br>sued herein as CHASE MANHATTAN |
| 6 | BANK USA, N.A. |
| 7 | |
| 8 | |
| 9  Dated: _____ | GORDON & WONG LAW GROUP, P.C. |
| 10 | |
| 11 | By: _____<br>AMY L. GORDON |
| 12 | MITCHELL L. WONG<br>Attorneys for Defendant |
| 13 | MANN BRACKEN, LLC. |
| 14 | |
| 15  Dated: 10/24/06 | COLEMAN, POIRIER, LA VOIE & STEINHEIMER |
| 16 | |
| 17 | |
| 18 | By: _____<br>ANDREW W. STEINHEIMER |
| 19 | MARK E. ELLIS<br>Attorneys for Defendants |
| 20 | VIKING COLLECTION SERVICE<br>SOUTHWEST, INC. and LIZ FRENCH |
| 21 | |

**ORDER**

IT IS HEREBY ORDERED that the above-entitled case is dismissed with prejudice.

Dated: Nov 1, 2006

GREGORY _____ HOLLOWS
HON. GREGORY G. HOLLOWS
U.S. DISTRICT COURT, EASTERN
DISTRICT OF CALIFORNIA

SF/198965.1/RL3

- 3 -

STIPULATION RE DISMISSAL WITH PREJUDICE;
ORDER (CASE NO. 2-06-CV-1233 MCE GGH PS)